*In re* MEDIDAS JUDICIALES ANTE LA PÉRDIDA DEL SERVICIO ELÉCTRICO.

*Número:* EM-2016-04    *Resuelto:* 22 de septiembre de 2016

## RESOLUCIÓN

El 21 de septiembre de 2016 ocurrió un colapso del sistema eléctrico en todo Puerto Rico. Aún hoy no se ha restablecido en su totalidad el servicio de energía eléctrica.

Para evitar que por situaciones imprevistas las partes no puedan presentar sus recursos, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los

casos y asuntos que se celebrarán en todas las Regiones Judiciales, se aplicará lo dispuesto en los Arts. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73) y se considerarán los días 21, 22 y 23 de septiembre de 2016 como si fueran días feriados. Cualquier término que venza en esos tres días se extenderá hasta el lunes, 26 de septiembre de 2016.

*Se ordena la difusión inmediata de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*